IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR YUFA,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>LIGHTHOUSE WORLDWIDE SOLUTION, INC., et al.,<br><br>        Defendant(s). | No. C 09-0968 MEJ<br><br>**SECOND ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

On April 27, 2009, the Court ordered the parties to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial by May 14, 2009. (Dkt. #13.) Defendant has failed to comply with this Order. Accordingly, the Court hereby ORDERS Defendant to file its consent/declination by May 27, 2009. Failure to comply with this Order may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 21, 2009

MARIA-ELENA JAMES
United States Magistrate Judge