IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR YUFA, | No. C 09-0968 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| LIGHTHOUSE WORLDWIDE SOLUTION, INC., et al., | |
| Defendant(s). | |

The Court is in receipt of the party's filings regarding ADR compliance and the upcoming case management conference. As Defendant's motion to dismiss is scheduled for a hearing on June 4, 2009, the Court hereby VACATES the June 11, 2009 Case Management Conference and all related ADR and filing deadlines. If necessary, the Court shall reschedule the case management conference after ruling on Defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 26, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

        Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTION et al,

        Defendant.
                                           /

Case Number: CV09-00968 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324

Dated: May 26, 2009

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk

2