IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR YUFA, | No. C 09-0968 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING HEARING RE DEFENDANT'S MOTION TO DISMISS** |
| LIGHTHOUSE WORLDWIDE SOLUTION, INC., | |
| Defendant(s). | |

    Pending before the Court is Defendant Lighthouse Worldwide Solution's Motion to Dimiss, with a noticed hearing date of June 4, 2009. (Dkt. #10.) Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and hereby VACATES the hearing. The Court shall issue an order on Defendant's motion forthwith.

**IT IS SO ORDERED.**

Dated: June 2, 2009

MARIA-ELENA JAMES  
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

        Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTION et al,

        Defendant.
                                     /

Case Number: CV09-00968 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleksandr L. Yufa
698 Cypress Avenue
Colton,  CA 92324

Dated: June 2, 2009

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

2