IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR YUFA, | No. C 09-0968 MEJ |
|     Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT** |
| LIGHTHOUSE WORLDWIDE SOLUTION, INC., | |
|     Defendant(s). | |

On August 4, 2009, the Court stayed the above-captioned matter pending completion of a related re-examination proceeding before the United States Patent and Trademark Office. (Dkt. #42.) The Court ordered Defendant Lighthouse Worldwide Solution, Inc. to notify the Court when the re-examination of the patent-in-suit is complete. However, if re-examination had not been completed by December 5, 2009, the Court ordered the parties to file a joint status report so indicating and, after that date, the parties were to file an updated joint status report every three months until the PTO issues its decision.

As it is now December 29, 2009, and no notice or joint report has been filed, the Court hereby ORDERS the parties to file a joint status report by January 14, 2010.

**IT IS SO ORDERED.**

Dated: December 29, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

        Plaintiff,

v.

LIGHTHOUSE WORLDWIDE SOLUTION et al,

        Defendant.

Case Number: CV09-00968 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324

Dated: December 29, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2