UNITED STATES DISTRICT COURT

Northern District of California

ALEKSANDR L. YUFA,

               Plaintiff(s),          No. C 09-00968 MEJ

  v.

LIGHTHOUSE WORLDWIDE SOLUTION,    **ORDER RE: STAY OF CASE**

               Defendant(s).

_____/

The Court is in receipt of the parties' Joint Status Report, filed January 5, 2010. (Dkt. #47.) As there has been no completed re-examination of the patent-in-suit, the stay in this case shall not be lifted at this time. However, as previously ordered, Defendant Lighthouse shall notify the Court when the re-examination of the patent-in-suit is complete. Until the re-examination is complete, the parties shall file a joint status report every three months (commencing with the date of this Order) until the PTO issues its decision.

**IT IS SO ORDERED.**

Dated: January 6, 2010

                                                                     _____
                                                                     Maria-Elena James
                                                                     Chief United States Magistrate Judge