# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ALEKSANDR L. YUFA | No. C 09-00968 MEJ |
| Plaintiff(s), | **ADMINISTRATIVE CLOSURE** |
| v. | |
| LIGHTHOUSE WORLDWIDE SOLUTION | |
| Defendant(s). | |

This case is currently stayed pending Reexamination Proceedings before the United States Patent and Trademark Office regarding the patent in suit. As there appears to be no reason at this time to maintain the file as an open case during the reexamination, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered. The parties shall continue to file status reports as previously ordered.

**IT IS SO ORDERED.**

Dated: March 5, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge