UNITED STATES DISTRICT COURT

Northern District of California

ALEKSANDR L. YUFA,

               Plaintiff,

  v.

LIGHTHOUSE WORLDWIDE SOLUTIONS,

               Defendant.
_____/

No. C 09-968 MEJ

**ORDER RE: STATUS**

     The PTO, having rejected claims 1, 3-5 during reexamination and the Board os Patent Appeals and Interferences, and the Court of Appeals for the Federal Circuit having affirmed that rejection, Plaintiff's last option is filing a petition for cert before the United States Supreme Court which he must have done within 90 days of February 8, 2012. Accordingly, Plaintiff shall serve a copy of his cert petition on Defendant's counsel and the Court by August 9, 2012. If no petition has been filed, the stay will be lifted and Defendant may proceed to file a motion to dismiss. If a petition has filed, the stay will remain in effect until the Supreme Court acts on the petition – a grant will result in a continued stay and a denial will result in the stay being lifted..

     **IT IS SO ORDERED.**

Dated: July 23, 2012

                                                                     _____
                                                                     Maria-Elena James
                                                                     Chief United States Magistrate Judge