# UNITED STATES DISTRICT COURT

## Northern District of California

ALEKSANDR L. YUFA,

           Plaintiff,

  v.

LIGHTHOUSE WORLDWIDE SOLUTIONS,

           Defendant.
_____/

No. C 09-968 MEJ

**ORDER RE: STATUS**

On July 23, 2012, the Court ordered Plaintiff to serve a copy of his cert petition on Defendant's counsel and the Court by August 9, 2012. Based on Plaintiff's response, it appears that he filed a Petition for Writ of Certiorari on April 17, 2012. Dkt. No. 72. Accordingly, the stay will remain in effect until the Supreme Court acts on the petition – a grant will result in a continued stay and a denial will result in the stay being lifted.

     **IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALEKSANDR L. YUFA,

        Plaintiff,

  v.

LIGHTHOUSE WORLDWIDE SOLUTION et al,

        Defendant.
                                   /

Case Number: CV09-00968 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aleksandr L. Yufa
698 Cypress Avenue
Colton, CA 92324

Dated: August 6, 2012

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk