# UNITED STATES DISTRICT COURT

Northern District of California

ALEKSANDR L. YUFA,

          Plaintiff,

  v.

LIGHTHOUSE WORLDWIDE SOLUTIONS,

          Defendant.
_____/

No. C 09-968 MEJ

**ORDER SETTING DEADLINE TO AMEND COMPLAINT**

Upon review of the parties' Joint Case Management Statement, the Court finds a case management conference unnecessary and hereby VACATES the December 6, 2012 conference. Plaintiff shall file any amended complaint by January 10, 2013. Defendant shall file any responsive pleading or motion to dismiss by February 7, 2013.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge