# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| ALEKSANDR L. YUFA, | No. C 09-968 MEJ |
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| LIGHTHOUSE WORLDWIDE SOLUTIONS, | |
| Defendant. | |

The Court shall conduct a Case Management Conference in this case on March 14, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement by March 7, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge