UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>                Plaintiff,<br>    v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTION,<br><br>                Defendant.<br>_____/ | No. C 09-00968 MEJ<br><br>**ORDER REQUIRING PARTIES TO SUBMIT JOINT STATEMENT** |

On November 14, 2013, the parties in this action appeared before the Court for a hearing on Defendant's Motion for Summary Judgment. Dkt. No. 94. Both parties indicated that there are several other actions that Plaintiff has filed involving the '983 Patent. Notably, in Plaintiff's action against Particle Measuring Systems, Inc., Case No. C 09-1388 PJH, the Honorable Phyllis J. Hamilton stayed that action in light of the claims construction hearings set in three other actions involving the '983 Patent. Dkt. No. 65.

In this matter, Defendant argues that Plaintiff never provided infringement contentions, and thus it is unclear which of Defendant's products or parts thereof Plaintiff is asserting infringe on the '983 Patent. Moreover, without explanation, the parties have apparently opted to bypass any claims construction hearing, those construction of Claims 6 -8 of the '983 Patent are clearly at the core of this action.

The Court therefore **ORDERS** as follows. No later than <u>November 25, 2013</u>, the parties shall submit a joint statement detailing: (1) how the other pending actions filed by Plaintiff involving the '983 patent relate to this matter (particularly, whether the same claims are being construed and whether tutorials or claims construction hearings have been held or set in those matters); (2) whether the parties completed the patent disclosures required by Patent Local Rule 3 in this action; (3)

whether the parties completed the claims construction procedures set forth in Patent Local Rule 4; and (4) whether this action should be stayed pending the outcome of the claims constructions in the related matters that are further along than this action.

**IT IS SO ORDERED.**

Dated: November 14, 2013

_____
Maria-Elena James
United States Magistrate Judge