UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS INC.,<br><br>    Defendant. | Case No. 09-cv-00968-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR JANUARY 23, 2014**<br><br>Re: Dkt. Nos. 106, 108 |

On December 2, 2013, the Court denied Defendant's Motion for Summary Judgment without prejudice and set deadlines for Plaintiff to: (1) file amended infringement contentions that conform to Patent Local Rule 3-1; and (2) produce any documents required under Patent Local Rule 3-2 that he did not previously produce by January 13, 2014. Dkt. No. 104 at 2.

On December 13, 2013, Plaintiff filed his Supplemental Infringement Contentions. Dkt. No. 105. Concurrently, Plaintiff filed an ex parte discovery letter wherein he argues that Defendant has failed to produce documents and has failed to adequately respond to discovery requests. Dkt. No. 106. Because the discovery letter did not comply with the meet and confer requirement set forth in the Court's standing order regarding discovery disputes, the Court issued an order requiring the parties to appear in court on January 16, 2014, to meet and confer regarding the discovery dispute. Dkt. No. 107.

Thereafter, on January 7, 2014, Defendant filed a letter arguing that except for minor changes, Plaintiff's Supplemental Infringement Contentions are nearly identical to those he previously filed, and thus still fail to conform to the Patent Local Rules. Dkt. No. 108. In particular, Defendant contends that while Plaintiff has identified 36 product model numbers he alleges infringe the '983 Patent, he fails to specifically identify *how* those products infringe. *Id*. at

2.

Having considered the issues raised in the parties' letters, the Court **ORDERS** as follows.

The meet and confer session set for January 16, 2014 is **VACATED**.

The Court **SETS** this matter for a case management conference on January 23, 2014, at 10:00 a.m. in Courtroom B. The parties shall be prepared to address the sufficiency of Plaintiff's Supplemental Infringement Contentions and any discovery that remains outstanding. The parties must appear at this conference; no telephonic appearances will be permitted.

**IT IS SO ORDERED.**

Dated: January 13, 2014.

_____
MARIA-ELENA JAMES
United States Magistrate Judge