UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>     Plaintiff,<br><br>     v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS INC.,<br><br>     Defendant. | Case No. 09-cv-00968-MEJ<br><br>**ORDER FOLLOWING JANUARY 23, 2014 CASE MANAGEMENT CONFERENCE** |

On January 23, 2014, the Court held a case management conference in this matter, at which time it addressed Plaintiff's discovery letter (Dkt. No. 106), and Defendant's letter regarding the sufficiency of Plaintiff's Supplemental Infringement Contentions (Dkt. No. 108).  After carefully considering the parties' arguments, and based upon the parties' representations during the hearing, the Court **ORDERS** as follows:

Defendant shall provide Plaintiff with an un-redacted copy of the schematic to review in a room on **February 7, 2014**.

Plaintiff shall file his Second Supplemental Infringement Contentions by **February 21, 2014**.

The March 13, 2014 case management conference is **CONTINUED** to April 17, 2014 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge