UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>          Plaintiff,<br><br>     v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS INC.,<br><br>          Defendant. | Case No. 09-cv-00968-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 115 |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's Motion to Dismiss, which has been noticed for hearing on May 1, 2014, is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: April 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge