UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR L. YUFA,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS INC.,<br><br>    Defendant. | Case No. 09-cv-00968-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on November 20, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: October 10, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge